IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re                                             *

BIOINICARE MEDICAL TECHNOLOGIES, INC.,            *     Case No. 07-16902
                                                        Chapter 7
          Debtors.                                *
*    *    *    *    *    *    *    *    *    *    *    *    *

AMENDED NOTICE OF DEPOSIT INTO COURT REGISTRY

I, Monique D. Almy, Chapter 7 Trustee in the above-captioned case, pursuant to Section 374(a) of the Bankruptcy Code and Federal Bankruptcy Rule 3011, submit the sum of $12,917.79 to the Court Registry representing the following unclaimed funds:

| Claim No. | Payee | Last Known Address | Amount |
|---|---|---|---|
| 14 | Eun-Sig Doh (Asian Star) | Joeun Hospital<br>44-3 Bampo 16 dong Seocho<br>Seoul, Korea | $1,273.53 |
| 15 | Soenyoung Lee | 25-8 Sangdo,2 Doug<br>Dongiak-gu<br>Seoul<br>156-032 Korea | $4,324.60 |
| 21 | Smith Butz Investments<br>Thomas M. Butz, Pres. | 125 Technology Drive<br>Canonsburg, PA  15317 | $1,586.47 |
| 36 | Action Duplication, Inc.<br>Attn:  William Sturm | 8 Union Hill Road<br>West Cons, PA  19428 | $    45.01 |
| 73 | Maryland Medical Research Institute | 600 Wyndhurst Avenue<br>Baltimore, MD  21210 | $   104.49 |
| 86A | Margalit Shinar and David Woo | 39 Hyde Park Gate, Flat 5<br>London United Kingdom | $   163.77 |
| 99 | Anthony J. Alessandra | 7137 Fay Avenue<br>La Jolla, CA  92037 | $3,025.56 |

38177967.1

| | | | |
|---|---|---|---|
| 102A | Patrick Abouchalache | 145 West 57th Street<br>21st Floor<br>New York, NY  10019 | $    32.78 |
| 109 | Heidepriem & Mager | 888 17th Street, N.W.<br>#035800<br>Washington, DC  20006 | $1,846.92 |
| 111 | Coast to Coast Cellular | 1910 Minno Drive<br>Suite 120<br>Johnstown, PA  15905 | $      5.40 |
| 121 | Bruce Roberts | 145 West 57 Street,<br>21st Floor<br>New York, NY  10019 | $   499.78 |
| 192 | Connell Consulting, Inc. | 1330 Sunset Road<br>Mayfield Hei, MD  44124-1616 | $      9.48 |

Date:  October 14, 2016

/S/ Monique D. Almy_____
Monique D. Almy (04479)
Crowell & Moring, LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004
(202) 508-8749
(202) 628-5116 (fax)
*Chapter 7 Trustee*

38177967.1